UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

US Bank Trust, N.A., as Trustee of the
American Homeowner Preservations Trust
Series 2015A+

                      Plaintiff

-vs-

City of Buffalo, New York, et al.

                      Defendant.

**Case No. 1:22-cv-00249**

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CLASS CERTIFICATION FACT DISCOVERY

Plaintiff moves the Court for an order extending the deadline to complete class certification fact discovery in this case. Plaintiff requests that the deadline for class certification fact discovery be extended to October 31, 2022. The additional time is required to fully develop a complete factual record for consideration of class certification.

The requested extension will not disrupt any other dates in the case's current schedule. Class certification motion deadline is January 30, 2023.

Counsel has consulted with David Lee, counsel for Defendants, who has indicated he has no objection to the requested extension and consents to the relief requested.

For the foregoing reasons, Plaintiff requests that the Court extend the deadline for class certification fact discovery until October 31, 2022.

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (OH 0039425)
Admitted pro hac vice
Advocate Attorneys, LLP
P.O. Box. 6031040
Cleveland, Ohio 44103
(216) 373-0539 telephone
(216) 373-0536 facsimile
mdann@advocateattorneys.com


/s/ Brian R. Goodwin
Brian R. Goodwin, Esq.
Goodwin Law Firm
One East Main Street, 10th Floor
Rochester, NY 14614
Phone: 585.353.7084
Fax: 888.395.7296
Brian.GoodwinLaw@gmail.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by email upon David Lee, Esq. dlee@ch.ci.buffalo.ny.us this 30th day of August 2022.

/s/ Marc E. Dann
Marc E. Dann (OH 0039425)
Admitted pro hac vice