Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

U.S. BANK TRUST, N.A. AS TRUSTEE
OF AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES 2015A+

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-249

v.

CITY OF BUFFALO, ET AL.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the case is Dismissed pursuant to the Federal Rules of Civil Procedure 41(b).

Date: February 29, 2024                           MARY C. LOEWENGUTH
                                                  CLERK OF COURT

                                                  By: s/ Jennifer V.
                                                      Deputy Clerk